IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MISTY DAWN MINER                                                         PLAINTIFF

v.                                    Civil No. 2:13-cv-02093

COMMISSIONER, SOCIAL                                                    DEFENDANT
SECURITY ADMINISTRATION

## ORDER

**BEFORE** the Court is Plaintiff's Motion for Extension to file an appeal brief.  ECF No. 11.  Defendant does not object to allowing Plaintiff an extension to file an appeal brief.  Plaintiff's Motion for Extension of Time (ECF No. 11) is **GRANTED**, and Plaintiff's brief shall be filed on or before August 2, 2013.

**IT IS SO ORDERED** this **11th day of July 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE